# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF TIKI SERIES V TRUST<br>    Plaintiff,<br><br>-against-<br><br>ALFONSO AMELIO; CARMINE AMELIO; PAUL AMELIO; DEBORAH J. PIAZZA, AS CHAPTER 7 TRUSTEE OF UNITED STATES BANKRUPTCY COURT; ROBERTA PERRY S/H/A JANE DOE #1,<br><br>    Defendants. | FEDERAL COURT NEW CASE NO.:<br>Trial By Jury Requested<br><br>Removed from:<br>Supreme Court of the State of New York, Orange County<br>Index No: EF007269-2022 |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a), 1443(1), 1446, and 1367, Defendants Carmine Amelio, Alfonso Amelio, and Paul Amelio (collectively, "Defendants" or "Amelios"), appearing pro se, hereby remove this action from the Supreme Court of the State of New York, Orange County (Index No. EF007269-2022), to the United States District Court for the Southern District of New York. This removal is based exclusively on federal question jurisdiction under 28 U.S.C. § 1331 and civil rights removal under § 1443(1). Defendants do not waive, and expressly reserve, all defenses, counterclaims, and rights. All Defendants join in this removal.

## I. INTRODUCTION

This foreclosure action arises from a mortgage debt irrevocably accelerated on May 6, 2014 (Index No. 2014-003426), with the six-year statute of limitations expiring on May 6, 2020 (CPLR § 213(4)). Plaintiff's enforcement rights were permanently extinguished, entitling Defendants to cancellation and discharge of the mortgage under RPAPL § 1501(4). State proceedings have been tainted by fraud on the court (unrequested and unlawful deceleration

language inserted into a 2022 discontinuance order), rejection of Defendants' motions without judicial review, due process violations, improper service, and judicial conflicts requiring recusal.

Removal is necessary because the state forum has denied enforcement of federally protected rights, including due process (Fifth and Fourteenth Amendments), equal protection, access to courts (First Amendment), and accommodations under the Americans with Disabilities Act (ADA, 42 U.S.C. §§ 12131–12134). Prior removals were remanded amid irregularities, including by judges with documented financial nondisclosure issues.

## II. PARTIES

1. Plaintiff U.S. Bank Trust National Association, as Trustee of Tiki Series V Trust (successor to Igloo Series V Trust), is a national banking association with offices in Scottsdale, Arizona, and is therefore a citizen of Arizona.
2. Defendants Alfonso Amelio, Carmine Amelio, and Paul Amelio are natural persons and citizens of New York, residing at or owning the subject property at 17 Grant Street, Middletown, NY 10940.
3. Nominal Defendant Deborah J. Piazza, as Chapter 7 Trustee, is a citizen of New York (subordinate lienor).
4. Nominal Defendant Roberta Perry s/h/a Jane Doe #1 is a citizen of New York.

## III. ADDITIONAL PARTIES AND ACTORS (FOR COUNTERCLAIMS AND COMPLETE RELIEF)

Defendants identify the following assignors, assignees, counsel, and related actors whose conduct requires federal review:

- Mortgage Electronic Registration Systems, Inc. (MERS) – alleged nominee/assignor.
- The Bank of New York Mellon f/k/a The Bank of New York, as Trustee – alleged assignee (recorded June 13, 2012; December 3, 2012).
- Strategic Realty Fund, LLC – alleged assignee (recorded August 14, 2015; August 24, 2015).

- Real Estate Growth Fund, LLC – alleged assignee (recorded June 26, 2020; July 15, 2020).
- U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust – alleged assignee (recorded March 29, 2022; April 27, 2022).
- U.S. Bank Trust National Association, as Trustee of Tiki Series V Trust – current Plaintiff (recorded June 1, 2022; June 14, 2022).
- Friedman Vartolo LLP and attorneys (Henry P. DiStefano, Juliana Thibaut, Andrew Buonincontri, Stacey Bonner, Sean Monahan, Michael Nardolillo) – counsel whose conduct includes misrepresentations and fraud on the court.
- Randall Coffill – appointed referee.

Defendants reserve the right to join additional parties under Fed. R. Civ. P. 19–21.

## IV. PROCEDURAL AND FACTUAL HISTORY

1. Carmine Amelio executed a note on August 8, 2005, as power of attorney for Alfonso Amelio, in favor of First Horizon Loan Corporation. Defendants executed the mortgage, recorded October 4, 2005.
2. On May 6, 2014, prior action (Index No. 2014-003426) accelerated the debt. No payments made since 2008.
3. Statute of limitations expired May 6, 2020.
4. January 7, 2021: Plaintiff filed time-barred action (Index No. EF000106-2021), during pendency of Alfonso Amelio's bankruptcy automatic stay (Case No. 20-23552, filed Dec. 31, 2020), rendering it void ab initio (11 U.S.C. § 362(a)(1)).
5. December 9, 2021: Defendants filed Amended Verified Answer pleading statute of limitations (¶ 25), fraud on the court (¶ 26), and counterclaim for discharge (¶ 27).
6. June 1, 2022: Plaintiff moved to discontinue without requesting deceleration. Signed order (Aug. 29, 2022) fraudulently inserted deceleration language—never requested, noticed, or litigated.
7. December 19, 2022: Current action commenced (Index No. EF007269-2022).
8. January 30, 2023: Defendants moved to vacate improper deceleration (2021 action) and dismiss (2022 action). Counsel rejected both without judicial submission.

9. Action proceeded to default judgment (May 7, 2024) and sale (July 22, 2024). Improper service alleged (no proper CPLR 308 service; false NYSCEF claims).
10. Prior removals remanded; latest (Dec. 2, 2025) summarily remanded by Judge Ramos (Dec. 5, 2025) without notice or federal analysis. Appellate delays further illustrate state remedy inadequacy.

## V. RESPONSE TO PLAINTIFF'S COMPLAINT (INCORPORATED DEFENSES)

Defendants incorporate their prior responses: denials of standing, possession/indorsement of note, MERS authority, and all allegations premised on void assignments (citing Bank of N.Y. v. Silverberg, 86 A.D.3d 274 (2d Dep't 2011)). Claims are moot due to time-bar and fraud.

## VI. AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

1. Lack of Standing.
2. Statute of Limitations (CPLR § 213(4)).
3. Fraud on the Court (unrequested deceleration, misrepresentations, fabricated documents).
4. Violation of Bankruptcy Automatic Stay (void ab initio).
5. Quiet Title/Discharge (RPAPL § 1501(4)).
6. Due Process Violations (Fifth/Fourteenth Amendments; ex parte orders, denied hearings).
7. ADA Violations (failure to accommodate disabilities).
8. Abuse of Process, Intentional Infliction of Emotional Distress.

## VII. FEDERAL QUESTION JURISDICTION (28 U.S.C. § 1331)

Substantial federal questions include due process deprivations, civil rights violations, and fraud implicating federal oversight (Espinosa, 559 U.S. 260 (2010)).

## VIII. CIVIL RIGHTS REMOVAL (28 U.S.C. § 1443(1))

State proceedings deny equal civil rights enforcement (Georgia v. Rachel, 384 U.S. 780 (1966)).

## IX. SUPPLEMENTAL JURISDICTION (28 U.S.C. § 1367)

All state claims arise from same facts.

## X. JUDICIAL CONFLICTS AND RECUSAL REQUEST

Judge Edgardo Ramos has undisclosed holdings in Vanguard, BlackRock, and Mitsubishi UFJ Financial Group—entities with substantial interests in U.S. Bancorp (Plaintiff's parent). Documented pattern: 2021 ExxonMobil ruling while holding stock; 2022 recusal in bonds litigation after conflict revealed (Wall St. J., Sept. 28, 2021; Reuters, Mar. 8, 2022). Mandatory recusal under § 455(b)(4); appearance of impartiality under § 455(a) (Liljeberg, 486 U.S. 847 (1988)).

Prior controversies involving Judge Cathy Seibel require recusal if reassigned. Immediate reassignment to conflict-free judge requested.

## XI. TIMELINESS AND PROCEDURE

Removal timely (§ 1446(b)). All requirements satisfied. State court divested upon filing (§ 1446(d)).

Defendants are named defendants in the Complaint. All requirements for removal are met. See Emrich v. Touche Ross & Co., 846 F.2d 1190, 1193 n.1 (9th Cir. 1988).

Defendant requests a jury trial which plaintiff did not request in the state court action.

### VIII. Removal Procedure Compliance

Concurrent with the filing of this Notice of Removal, Defendants have served this notice upon Plaintiff's counsel and filed a copy of the notice with the Clerk of Court for the Supreme Court of the State of New York, Orange County.

All requirements for removal under 28 U.S.C. §§ 1441 and 1446 have been satisfied.

True and correct copies of the Supreme Court of the State of New York, Orange County, Docket is attached hereto and incorporated herein as Exhibit A. True and correct copies of the

Supreme Court of the State of New York, Appellate Court – Second Division Docket is attached hereto and incorporated herein as Exhibit B.

WHEREFORE,

Defendants respectfully request that this Court:

1. Assume full jurisdiction over this action.
2. Preserve all rights, defenses, and counterclaims of Defendants.
3. Grant such further relief as the Court deems just and proper.

Dated: New Milford, CT
December 23, 2025

Respectfully submitted,

*/s/ Carmine Amelio*
Carmine P. Amelio, *Defendant Pro Se*
37 Main Street, #337
New Milford, CT 06776
p. 412-612-6774
e. cpamelio@gmail.com

## AFFIRMATION OF CARMINE AMELIO IN SUPPORT OF REMOVAL
### (28 U.S.C. § 1746, incorporating removal history & counterclaim defendants)

I, **CARMINE AMELIO**, declare under penalty of perjury that the foregoing is true and correct, including joint removal by all Defendants, parties listed, factual history, time-bar, fraudulent deceleration, improper service, bankruptcy stay violation, judicial conflicts, and necessity of federal adjudication:

1. I am a Defendant in this action and submit this affirmation in support of this Notice of Removal.
2. The state-court proceedings, including AD2 appellate delays, have prevented timely adjudication and blocked access to federal rights, including due process, equal protection, and ADA accommodations.
3. The factual assertions in this removal, including the counterclaims listed above, are true and accurate to the best of my knowledge.
4. Removal to federal court is necessary to protect my federally secured rights and ensure fair adjudication.

WHEREFORE, I respectfully request that this Court:

1. Accept this removal;
2. Exercise jurisdiction over the action and all counterclaims;
3. Preserve Defendants' rights pending resolution of this matter; and
4. Grant such other relief as the Court deems just and proper.

Executed on this 23rd day of December, 2025.

Dated: New Milford, CT

Respectfully submitted,
*/s/ Carmine P. Amelio*
Carmine P. Amelio, *Defendant Pro Se*
37 Main Street, #337
New Milford, CT 06776
p. 412-612-6774
e. cpamelio@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served upon the following parties or counsel via electronic and/or US Mail on this 23rd day of December, 2025:

Henry P. DiStefano, Esq., Juliana Thibaut, Esq., Andrew Buonincontri, Esq
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530

Dated: New Milford, CT
December 23, 2025

Respectfully submitted,

*/s/ Carmine Amelio*
Carmine Amelio, *Defendant Pro Se*
37 Main Street, #337
New Milford, CT 06776
p. 412-612-6774
e. cpamelio@gmail.com

# EXHIBIT A

Case Caption:  **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF TIKI SERIES V TRUST v. ALFONSO AMELIO et al**
Judge Name:  **Sandra B. Sciortino**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 12/19/2022 | Thibaut, J. |
| 2 | EXHIBIT(S) - A<br>Note | Processed | 12/19/2022 | Thibaut, J. |
| 3 | EXHIBIT(S) - B<br>Mortgage | Processed | 12/19/2022 | Thibaut, J. |
| 4 | EXHIBIT(S) - C<br>Assignment of mortgage | Processed | 12/19/2022 | Thibaut, J. |
| 5 | EXHIBIT(S) - D<br>90 day notice | Processed | 12/19/2022 | Thibaut, J. |
| 6 | EXHIBIT(S) - E<br>1306 proof of filing | Processed | 12/19/2022 | Thibaut, J. |
| 7 | EXHIBIT(S) - F<br>Demand letter | Processed | 12/19/2022 | Thibaut, J. |
| 8 | NOTICE OF PENDENCY | Processed | 12/19/2022 | Thibaut, J. |
| 9 | CERTIFICATE OF MERIT | Processed | 12/19/2022 | Thibaut, J. |
| 10 | CONSENT TO EFILING<br>notice regarding e-filing | Processed | 12/19/2022 | Thibaut, J. |
| 11 | NOTICE TO DEFENDANT (PER AO-131-20) | Processed | 12/19/2022 | Thibaut, J. |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Roberta Perry | Processed | 01/06/2023 | Vartolo, R. |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOD Roberta Perry | Processed | 01/06/2023 | Vartolo, R. |
| 14 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Roberta Perry 3215 | Processed | 01/06/2023 | Vartolo, R. |
| 15 | ANSWER<br>Notice of Motion | Processed | 01/30/2023 | Amelio, C. (Pro Hac / Pro Se) |
| 16 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Alfonzo Amelio | Processed | 02/10/2023 | Grapensteter, V. |
| 17 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Occupant | Processed | 02/10/2023 | Grapensteter, V. |
| 18 | NOTICE OF REJECTION<br>Notice of Return and Rejection | Processed | 02/15/2023 | Gold, Z. |
| 19 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service by NYSCEF | Processed | 02/15/2023 | Gold, Z. |
| 20 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Carmine Amelio | Processed | 03/03/2023 | Vartolo, R. |
| 21 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>3215 Alfonso Amelio | Processed | 03/03/2023 | Vartolo, R. |
| 22 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Paul Amelio | Processed | 03/28/2023 | Vartolo, R. |
| 23 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>aos deborah piazza | Processed | 04/19/2023 | Vartolo, R. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 24 | NOTICE OF PENDENCY<br>Successive Notice of Pendency | Processed | 04/21/2023 | Caulfield, G. |
| 25 | AFFIRMATION<br>Affirmation of Mailing - Successive Notice of Pendency | Processed | 04/21/2023 | Caulfield, G. |
| 26 | NOTICE OF BANKRUPTCY (PRE RJI) | Processed | 04/21/2023 | Amelio, C. (Pro Hac / Pro Se) |
| 27 | NOTICE OF MOTION (Motion #1)<br>NOTICE OF MOTION FOR A DEFAULT JUDGMENT AND ORDER OF REFERENCE | Processed | 09/26/2023 | Thibaut, J. |
| 28 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION (Motion #1)<br>ATTORNEY AFFIRMATION IN SUPPORT OF PLAINITFF'S MOTION FOR A DEFAULT JUDGMENT AND ORDER OF REFERENCE | Processed | 09/26/2023 | Thibaut, J. |
| 29 | EXHIBIT(S) - A (Motion #1)<br>Certificate of Merit | Processed | 09/26/2023 | Thibaut, J. |
| 30 | EXHIBIT(S) - B (Motion #1)<br>Note | Processed | 09/26/2023 | Thibaut, J. |
| 31 | EXHIBIT(S) - C (Motion #1)<br>Mortgage | Processed | 09/26/2023 | Thibaut, J. |
| 32 | EXHIBIT(S) - D (Motion #1)<br>Assignments of Mortgage | Processed | 09/26/2023 | Thibaut, J. |
| 33 | EXHIBIT(S) - E (Motion #1)<br>Notice of Default | Processed | 09/26/2023 | Thibaut, J. |
| 34 | EXHIBIT(S) - F (Motion #1)<br>RPAPL 1304 90-Day Pre-Foreclosure Notice | Processed | 09/26/2023 | Thibaut, J. |
| 35 | EXHIBIT(S) - G (Motion #1)<br>RPAPL 1306 Proof of Filing | Processed | 09/26/2023 | Thibaut, J. |
| 36 | EXHIBIT(S) - H (Motion #1)<br>Department of Defense Search results | Processed | 09/26/2023 | Thibaut, J. |
| 37 | EXHIBIT(S) - I (Motion #1)<br>Summons and Complaint | Processed | 09/26/2023 | Thibaut, J. |
| 38 | EXHIBIT(S) - J (Motion #1)<br>Notices of Pendency | Processed | 09/26/2023 | Thibaut, J. |
| 39 | EXHIBIT(S) - K (Motion #1)<br>Affidavits of Service | Processed | 09/26/2023 | Thibaut, J. |
| 40 | EXHIBIT(S) - L (Motion #1)<br>Affidavit of Service by Mail pursuant to CPLR 3215(g)(3) | Processed | 09/26/2023 | Thibaut, J. |
| 41 | EXHIBIT(S) - M (Motion #1)<br>Affidavit in Support | Processed | 09/26/2023 | Thibaut, J. |
| 42 | EXHIBIT(S) - N (Motion #1)<br>Attorney's Affirmation of Settlement Conference Compliance | Processed | 09/26/2023 | Thibaut, J. |
| 43 | ORDER ( PROPOSED ) (Motion #1)<br>PROPOSED ORDER OF REFERENCE AND DEFAULT JUDGMENT | Processed | 09/26/2023 | Thibaut, J. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 44 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #1)<br>AFFIRMATION OF MIALING: NOTICE OF MOTION FOR ORDER OF REFERENCE, PROPOSED ORDER, AND REQUEST FOR JUD | Processed | 09/26/2023 | Thibaut, J. |
| 45 | RJI -RE: NOTICE OF MOTION (Motion #1) | Processed | 09/26/2023 | Thibaut, J. |
| 46 | ADDENDUM - FORECLOSURE (840F) (Motion #1) | Processed | 09/26/2023 | Thibaut, J. |
| 47 | ORDER - REFERENCE (Motion #1) | Processed | 12/18/2023 | Court User |
| 48 | NOTICE OF ENTRY<br>ORDER OF REFERENCE AND DEFAULT JUDGMENT | Processed | 12/19/2023 | Thibaut, J. |
| 49 | AFFIDAVIT<br>Affidavit of Mailing, Notice of Entry | Processed | 12/19/2023 | Thibaut, J. |
| 50 | OATH<br>Referee's Oath | Processed | 02/26/2024 | Caulfield, G. |
| 51 | REFEREE REPORT OF AMOUNT DUE<br>Referee's Report of Amount Due | Processed | 02/26/2024 | Caulfield, G. |
| 52 | EXHIBIT(S) - 1<br>Exhibit 1 (Order Appoint Referee to Compute) | Processed | 02/26/2024 | Caulfield, G. |
| 53 | EXHIBIT(S) - 2<br>Exhibit 2 (Affidavit of Merit and Amounts Due & POA) | Processed | 02/26/2024 | Caulfield, G. |
| 54 | EXHIBIT(S) - A<br>Exhibit A (Note) | Processed | 02/26/2024 | Caulfield, G. |
| 55 | EXHIBIT(S) - B<br>Exhibit B (Recorded Mortgage) | Processed | 02/26/2024 | Caulfield, G. |
| 56 | EXHIBIT(S) - C<br>Exhibit C (Assignments of Mortgage) | Processed | 02/26/2024 | Caulfield, G. |
| 57 | EXHIBIT(S) - D<br>Exhibit D (Business Records and Loan History) | Processed | 02/26/2024 | Caulfield, G. |
| 58 | NOTICE OF MOTION (Motion #2)<br>Notice of Motion for Judgment of Foreclosure and Sale | Processed | 03/06/2024 | Thibaut, J. |
| 59 | AFFIRMATION / AFFIDAVIT OF REGULARITY (Motion #2)<br>Affirmation of Regularity | Processed | 03/06/2024 | Thibaut, J. |
| 60 | EXHIBIT(S) - A (Motion #2)<br>Mortgage | Processed | 03/06/2024 | Thibaut, J. |
| 61 | EXHIBIT(S) - B (Motion #2)<br>Assignments of Mortgage | Processed | 03/06/2024 | Thibaut, J. |
| 62 | EXHIBIT(S) - C (Motion #2)<br>Notice of Entry - Order of Reference | Processed | 03/06/2024 | Thibaut, J. |
| 63 | EXHIBIT(S) - D (Motion #2)<br>Oath & Report | Processed | 03/06/2024 | Thibaut, J. |
| 64 | EXHIBIT(S) - E (Motion #2)<br>SCRA | Processed | 03/06/2024 | Thibaut, J. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 65 | EXHIBIT(S) - F (Motion #2)<br>Certificate of Merit | Processed | 03/06/2024 | Thibaut, J. |
| 66 | EXHIBIT(S) - G (Motion #2)<br>Successive Notice of Pendency | Processed | 03/06/2024 | Thibaut, J. |
| 67 | EXHIBIT(S) - H (Motion #2)<br>AOS & NOA | Processed | 03/06/2024 | Thibaut, J. |
| 68 | BILL OF COSTS (Motion #2)<br>Costs of Plaintiff | Processed | 03/06/2024 | Thibaut, J. |
| 69 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2)<br>Affirmation of Services Rendered | Processed | 03/06/2024 | Thibaut, J. |
| 70 | AFFIRMATION (Motion #2)<br>Affirmation of Settlement Conference Compliance | Processed | 03/06/2024 | Thibaut, J. |
| 71 | ORDER ( PROPOSED ) (Motion #2)<br>Judgment of Foreclosure and Sale | Processed | 03/06/2024 | Thibaut, J. |
| 72 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #2)<br>Affidavit of Mailing Notice of Motion for a Judgment of Foreclosure and Sale | Processed | 03/06/2024 | Thibaut, J. |
| 73 | JUDGMENT - SIGNED BY COURT TO COUNTY CLERK (Motion #2) | Processed | 05/06/2024 | Court User |
| 74 | JUDGMENT OF FORECLOSURE AND SALE | Processed | 05/07/2024 | Court User |
| 75 | NOTICE OF ENTRY<br>JUDGMENT OF FORECLOSURE AND SALE | Processed | 05/15/2024 | Khurana, J. |
| 76 | AFFIRMATION<br>Affirmation of Mailing, Notice of Entry | Processed | 05/15/2024 | Khurana, J. |
| 77 | NOTICE OF SALE<br>With Covid Policy | Processed | 06/06/2024 | Nardolillo, M. |
| 78 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Mailing-Notice of Sale | Processed | 06/06/2024 | Nardolillo, M. |
| 79 | NOTICE OF MOTION (Motion #3)  *Corrected*<br>Notice of motion to vacate and dismiss | Processed | 07/08/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 80 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION) (Motion #3) *Corrected*<br>Fee Waiver | Processed | 07/08/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 81 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION)<br>Refile - Doc #80 had incorrect attachment | Processed | 07/08/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 82 | NOTICE OF REJECTION (Motion #3)<br>Notice of Return and Rejection of Pro Se Defendant's Improper Notice of Motion | Processed | 07/11/2024 | Monahan, S. |
| 83 | LETTER / CORRESPONDENCE TO JUDGE<br>Request for adjournment of motion and foreclosure sale | Processed | 07/11/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 84 | COURT NOTICE | Processed | 07/12/2024 | Court User |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 85 | LETTER / CORRESPONDENCE TO JUDGE (Motion #3)<br>Letter to Court Opposing Defendants' Request for Adjournment | Processed | 07/12/2024 | Monahan, S. |
| 86 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #3)<br>Affirmation In Opposition To Defendants Motion To Dismiss | Processed | 07/12/2024 | Monahan, S. |
| 87 | EXHIBIT(S) - A (Motion #3)<br>A copy of the Order dismissing the Bankruptcy. | Processed | 07/12/2024 | Monahan, S. |
| 88 | NOTICE OF MOTION (Motion #4)  *Corrected*<br>Notice of motion to vacate and dismiss | Processed | 07/15/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 89 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION) (Motion #4)<br>Fee Waiver | Processed | 07/12/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 90 | LETTER / CORRESPONDENCE TO JUDGE<br>JUDICIAL NOTICE OR LACK OF JURISDICATION OF THE COURT | Processed | 07/18/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 91 | NOTICE OF REJECTION (Motion #4)<br>Notice of Return and Rejection of Improper Judicial Notice | Processed | 07/19/2024 | Monahan, S. |
| 92 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #4)<br>Affirmation of Mailing of Notice of Rejection and Return of Improper Judicial Notice | Processed | 07/19/2024 | Monahan, S. |
| 93 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION (Motion #4)<br>Affirmation in Opposition to Defendants' Motion to Dismiss | Processed | 07/19/2024 | Monahan, S. |
| 94 | EXHIBIT(S) - A (Motion #4)<br>Order Dismissing Bankruptcy | Processed | 07/19/2024 | Monahan, S. |
| 95 | EXHIBIT(S) - B (Motion #4)<br>NOM to Discontinue (June 1, 2022) | Processed | 07/19/2024 | Monahan, S. |
| 96 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #4)<br>Affirmation of Mailing of Affirmation in Opposition to Defendant's Motion, with Exhibits | Processed | 07/19/2024 | Monahan, S. |
| 97 | NOTICE OF REMOVAL / REMAND (POST RJI)  *Corrected*<br>Notice of Removal to Federal Court | Processed | 07/22/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 98 | NOTICE OF REMOVAL / REMAND (POST RJI)<br>Notice of Removal to Federal Court | Processed | 07/22/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 99 | NOTICE OF BANKRUPTCY (POST RJI)<br>Notice of Bankruptcy | Processed | 07/22/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 100 | COURT NOTICE | Processed | 07/23/2024 | Court User |
| 100-1 | ATTACHMENT TO COURT NOTICE | Processed | 07/23/2024 | Court User |
| 101 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter Regarding Court Notice date July 23, 2024 | Processed | 07/23/2024 | Amelio, C. (Pro Hac / Pro Se) |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 102 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to Court Regarding Bankruptcy | Processed | 07/24/2024 | Monahan, S. |
| 103 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service for Letter to Court | Processed | 07/24/2024 | Monahan, S. |
| 104 | NOTICE OF REJECTION<br>Notice of Rejection of Frivolous Notice of Removal | Processed | 07/29/2024 | Monahan, S. |
| 105 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 07/29/2024 | Monahan, S. |
| 106 | NOTICE OF REMOVAL / REMAND (POST RJI)<br>Notice of Remand - U.S. District Court, Southern District of NY remanding action back to the Supreme | Processed | 08/28/2024 | Monahan, S. |
| 107 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Mailing - Notice of Remand | Processed | 08/28/2024 | Monahan, S. |
| 108 | OTHER COURT FILED DOCUMENT<br>Federal Court Docket | Processed | 08/28/2024 | Court User |
| 109 | NOTICE OF BANKRUPTCY (POST RJI)<br>Notice of Bankruptcy and Automatic Stay | Processed | 08/30/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 110 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service | Processed | 08/30/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 111 | DECISION + ORDER ON MOTION (Motion #3) | Processed | 11/06/2024 | Court User |
| 112 | DECISION + ORDER ON MOTION (Motion #4) | Processed | 11/06/2024 | Court User |
| 113 | LETTER / CORRESPONDENCE TO JUDGE<br>Bankruptcy Stay Lifted Letter | Processed | 11/13/2024 | Nardolillo, M. |
| 114 | NOTICE OF ENTRY<br>Decision and Order | Processed | 11/26/2024 | Famulari, J. |
| 115 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Mailing - Notice of Entry | Processed | 11/26/2024 | Famulari, J. |
| 116 | NOTICE OF APPEAL/INFORMATIONAL STATEMENT/COPY OF ORDER/PROOF OF SERVICE<br>Notice of Appeal, Copy of Order, Informational Statement, Affirmaiton of Service | Processed | 12/26/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 117 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION) | Processed | 12/26/2024 | Amelio, C. (Pro Hac / Pro Se) |
| 118 | REFEREE REPORT OF SALE | Processed | 12/02/2025 | Nardolillo, M. |
| 119 | FORECLOSURE ACTION SURPLUS MONIES FORM | Pending | 12/02/2025 | Nardolillo, M. |

# EXHIBIT B

Case Caption: **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF TIKI SERIES V TRUST v. ALFONSO AMELIO et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | COPY OF NOTICE OF APPEAL WITH PROOF OF FILING / INFORMATIONAL STATEMENT / ORDER OR JDMT APPEALED FROM | Processed | 07/15/2025 | Court User |
| 2 | ORDER | Processed | 08/28/2025 | Court User |
| 3 | NOTICE OF MOTION W/SUPPORTING DOCUMENTS INCLUDING EXHIBIT(S) | Processed | 09/30/2025 | Court User |
| 4 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION *Corrected* | Processed | 10/10/2025 | Labeck, R. |
| 5 | | Deleted | | |
| 6 | LETTER OF WITHDRAWAL | Processed | 10/16/2025 | Court User |
| 7 | NOTICE OF MOTION W/SUPPORTING DOCUMENTS INCLUDING EXHIBIT(S) | Processed | 11/26/2025 | Court User |